**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**TERRENCE HILL,**

       **Plaintiff(s),**

**CASE NUMBER: 05-70621**

**HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE MAGISTRATE JUDGE**

On August 2, 2005, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation **[Doc. 14-1]** recommending that the Court grant Defendant's Motion for Summary Judgment **[13-1]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

                        S/Victoria A. Roberts
                        Victoria A. Roberts
                        United States District Judge

Dated:  September 9, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 9, 2005.

s/Carol A. Pinegar
Deputy Clerk